UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lloydena Charnisky, <br><br> Plaintiff, <br> v. <br><br> GC Services, L.P.; EGS Financial, Inc.; and Convergent Outsourcing, Inc., <br><br> Defendants. | Civil Action No.: 1:18-cv-00331-SPB |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 8, 2019

                                                                                     Respectfully submitted,

                                                                                     PLAINTIFF, Lloydena Charnisky

                                                                                     /s/ Jody B. Burton

                                                                                     Jody B. Burton, Esq.
                                                                                     Bar No.: 71681
                                                                                     **LEMBERG LAW, L.L.C.**
                                                                                      43 Danbury Road, 3rd Floor
                                                                                     Wilton, CT 06897
                                                                                     Telephone: (203) 653-2250
                                                                                     Facsimile:  (203) 653-3424
                                                                                     jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 8, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Jody B. Burton_____

      Jody B. Burton