UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lloydena Charnisky,<br><br>                               Plaintiff,<br>    v.<br><br>GC Services, L.P.; EGS Financial, Inc.; and Convergent Outsourcing, Inc.,<br><br>                              Defendants. | Civil Action No.: 1:18-cv-00331-SPB |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Lloydena Charnisky | Convergent Outsourcing, Inc. |
|---|---|
| ___/s/ Jody B. Burton_____ | __/s/ John B. Zappone _____ |
| Jody B. Burton, Esq.<br>Bar No.: 71681<br>LEMBERG LAW, LLC<br>43 Danbury Road, 3rd Floor<br>Wilton, CT 06897<br>(203) 653-2250<br>Attorney for Plaintiff | John B. Zappone, Esq.<br>PIETRAGALLO GORDON ALFANO,<br>BOSICK & RASPANTI, LLP<br>One Oxford Centre, 38th Floor<br>301 Grant Street<br>Pittsburgh, PA 15219<br>Phone: 412-263-2000<br>Email: JBZ@Pietragallo.com |
| | EGS Financial Inc. |
| | __/s/ Jonathan M. Marmo _____ |
| | Jonathan M. Marmo, Esq.<br>REED SMITH LLP<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>Telephone: +1 412.288.7975;<br>Facsimile: +1 412.288.3063<br>JMarmo@ReedSmith.com |

2

GC Services Limited Partnership

  /s/ Philip P. Keating

Philip P. Keating, Esq.
Steptoe & Johnson PLLC
11 Grandview Circle, Suite 200
Canonsburg, PA, 15317
Telephone: (724) 749-3103;
philip.keating@steptoe-johnson.com

_____
SO ORDERED

_____
United States District Judge